# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

June 18, 2021

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



MEMO ENDORSED

Re:     Velasquez v. Sall Restaurant and Lounge, LLC, et al.
        Case 1:21-cv-02719-KPF

Dear Judge Failla:

The undersigned represents the Plaintiff in the above-captioned case matter. Per Order [D.E. 11], the Initial Pretrial Conference in this matter is currently scheduled for June 24, 2021, at 12:00 p.m., in your Honor's Courtroom. Though, a representative of one of the Defendants contacted the undersigned, none of the Defendants yet to appear formally in this matter, having been properly served through the Secretary of State [D.E. 12, D.E. 13 & D.E. 14]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

Application GRANTED.  The initial pretrial conference scheduled for June 24, 2021, is hereby ADJOURNED to July 30, 2021, at 3:00 p.m.  The parties' joint letter and Proposed Case Management Plan and Scheduling Order will be due on or before July 22, 2021.  The Court expects that counsel for Defendants will file notices of appearance and responses to the Complaint in advance of these deadlines, as appropriate.

Dated:     June 21, 2021          SO ORDERED.
           New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE