# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

July 21, 2021

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



Re:    **Velasquez v. Sall Restaurant and Lounge, LLC, et al.**
       **Case 1:21-cv-02719-KPF**

Dear Judge Failla:

The undersigned represents the Plaintiff in the above-captioned case matter.  The Initial Pretrial Conference in this matter is currently scheduled for July 30, 2021, at 3:00 p.m., in your Honor's Courtroom.  At this time, none of the Defendants have yet to appear formally in this matter, having been properly served through the Secretary of State [D.E. 12, D.E. 13 & D.E. 14].  We have followed up with counsel who contacted this firm to understand which Defendants he will be representing in this case, and await his response.  In order to allow the parties additional time for the defendants to appear and adequate time to engage in possible early settlement discussions, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
       B. Bradley Weitz, Esq. (BW9365)
       THE WEITZ LAW FIRM, P.A.
       Attorney for Plaintiff
       Bank of America Building
       18305 Biscayne Blvd., Suite 214
       Aventura, Florida 33160
       Telephone: (305) 949-7777
       Facsimile:  (305) 704-3877
       Email: bbw@weitzfirm.com

Application GRANTED.  The initial pretrial conference scheduled for
July 30, 2021, is hereby ADJOURNED to September 2, 2021, at 12:00
p.m.  In advance of that date, the Court expects that either
counsel for Defendants will file notices of appearance and
responsive pleadings, or Plaintiff will initiate default judgment
proceedings.  Plaintiff's counsel is directed to transmit a copy of
this Order to Defendants through any previously-used means of
communication.

Dated:     July 22, 2021               SO ORDERED.
           New York, New York


                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE