# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

August 26, 2021

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007

        Re:    **Velasquez v. Sall Restaurant and Lounge, LLC, et al.**
              **Case 1:21-cv-02719-KPF**

Dear Judge Failla:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for September 2, 2021, at 12:00 p.m., in your Honor's Courtroom. At this time, the Defendants have not appeared formally in this matter, though properly served through the Secretary of State [D.E. 12, D.E. 13 & D.E. 14].

    Plaintiff does not intend to move for default on any of the Defendants, as same had moved to hire counsel, though ultimately did not go forward with the attorney. Said attorney who initially contacted the undersigned, Matthew Selvagn, of The Law Office of Craig Bondy, has communicated that he no longer will be representing in this case, after the undersigned contacted him to file his delayed notice of appearance.

    Therefore, the undersigned counsel shall also undertake additional efforts, including follow-up courier and Federal Express correspondence to the subject facility restaurant location, and corporate addresses, respectively, to solicit Defendants to appear. An email also has been sent to the above-mentioned attorney to understand if he has any information of any present attorney connected to representation of Defendants.

    As such, in order to afford additional time for the Defendants to formally appear in this matter, the undersigned respectfully requests a 30-day adjournment of the Conference to a date most convenient to this Honorable Court.

Thank you for your consideration of this third adjournment request.

                                        Sincerely,

                                        By: /S/   B. Bradley Weitz
                                             B. Bradley Weitz, Esq. (BW9365)
                                             THE WEITZ LAW FIRM, P.A.
                                             Attorney for Plaintiff
                                             Bank of America Building
                                             18305 Biscayne Blvd., Suite 214
                                             Aventura, Florida 33160
                                             Telephone: (305) 949-7777
                                             Facsimile:  (305) 704-3877
                                             Email: bbw@weitzfirm.com

```
Application GRANTED.  The initial pretrial conference scheduled
for September 2, 2021, is hereby ADJOURNED to October 7, 2021,
at 11:00 a.m.  The Court cautions Plaintiff that it does not
anticipate granting any further extensions.  If Defendants have
not appeared in this matter by the conference date, the Court
expects Plaintiff to commence default judgment proceedings.

Dated:    August 27, 2021           SO ORDERED.
          New York, New York
```

                                                                       *Katherine Polk Failla signature*

```
                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE
```