## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

        Plaintiff,

      vs.

SALL RESTAURANT AND LOUNGE, LLC, a
New York limited liability company, d/b/a SALL
RESTAURANT & LOUNGE, and 818 10TH LLC,
a New York limited liability company, and 818
10TH INVESTOR GROUP LLC, a New York
limited liability company,

        Defendants.

CASE NO: 1:21-cv-2719

**STIPULATION**



**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-captioned legal action, that:

1. The time for Defendant to answer, move, or otherwise respond to the Plaintiff's Complaint in the above-captioned action, which was previously October 7, 2021, is hereby extended to and including November 8, 2021. This is in order that the parties may explore an efficient settlement in that time.

2. The parties are able to appear for pre-trial conference on October 7 as requested by Judge Failla, unless Your Honor is willing to adjourn the pre-trial conference to November 8, 2021 as well.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** that electronic or facsimile signature shall be deemed as originals.

(signature page to follow)

1

Dated:     September 10, 2021
           New York, New York

BRANDON PAROLY, ESQ.

By: Brandon D. Paroly, Esq.
*Attorney for Defendant*
240 East 32nd Street
New York, New York 10016
(914) 886-5948

THE WEITZ LAW FIRM, P.A.

By: Bradley B. Weitz, Esq.
*Attorneys for Plaintiff*
18305 Biscayne Boulevard
Aventura, FL 33160
(305) 949-7777

Application GRANTED.  Defendant Sall Restaurant and Lounge,
LLC's response to the Complaint will be due on or before
November 8, 2021.  Given that Defendant was served on April
28, 2021 (Dkt. #14), and has been the beneficiary of
Plaintiff's prior extension requests (Dkt. #15, 17, 19), the
Court does not anticipate granting any further extensions.
The initial pretrial conference scheduled for October 7, 2021,
is hereby ADJOURNED to November 19, 2021, at 4:30 p.m.

In the Court's August 26, 2021 Order granting Plaintiff's
prior request for an extension on Defendants' behalf, it
stated that it expected Plaintiff to commence default judgment
proceedings in the event Defendants had not appeared in this
matter by the then-scheduled October 7, 2021 initial pretrial
conference.  (Dkt. #20).  Consistent with that Order,
Plaintiff's proposed Order to Show Cause and supporting
paperwork as to Defendants 818 10th LLC and 818 10th Investor
Group LLC will be due on or before October 15, 2021.

Dated:     September 16, 2021         SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE