# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 31, 2022

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007



      Re:    Velasquez v. Sall Restaurant and Lounge, LLC, et al.
               Case 1:21-cv-02719-KPF

Dear Judge Failla:

      Pursuant to the Order to Show Cause [D.E. 20], and Order [D.E. 24], whereby Plaintiff is to Show Cause as to Defendants 818 10th LLC and 818 10th Investor Group LLC, and Order [D.E. 26], and Order [D.E. 31], granting extensions of time to Show Cause, the undersigned states the following.

      Plaintiff's counsel has diligently attempted to contact the Landlord Defendants sending a courtesy copy of the Summons and Complaint. Finally, requesting opposing counsel for any information on current contact addresses. The opposing counsel relayed he would confer with his clients.

      Nonetheless, Plaintiff's counsel and opposing counsel have diligently attempted to settle this matter by holding settlement discussions, as well as by agreeing to mediate this matter, and therefore, will be in attendance at the upcoming scheduled Mediation in February, whereby this matter may potentially settle. As previously relayed to the Court, the parties have held that a default action against the above-referenced Defendants will make inclusive settlement discussions and resolution of this matter much more difficult.

      For the foregoing reasons, the undersigned requests a stay until after the Mediation to Show Cause, if the Court believes it necessary. Thank you for your consideration of this first request for a stay of the Order to Show Cause in this matter.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com
    Attorney for Plaintiff

Application GRANTED.  Plaintiff's proposed Order to Show Cause and supporting paperwork as to Defendants 818 10th LLC and 818 10th Investor Group LLC will be due on or before March 1, 2022. The Clerk of Court is directed to terminate the pending motion at docket number 32.

Dated:     February 1, 2022          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE