UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

                    Plaintiff,

              -v.-

SALL RESTAURANT AND LOUNGE,
LLC, *et al.*,

                    Defendants.

---

21 Civ. 2719 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The post-fact discovery conference scheduled in this matter for April 12, 2022, is hereby ADJOURNED *sine die* to allow the parties to focus their efforts on mediation.

SO ORDERED.

Dated:   April 8, 2022
         New York, New York

_____
      KATHERINE POLK FAILLA
     United States District Judge