UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>                        Plaintiff,<br><br>                -v.-<br><br>SALL RESTAURANT AND LOUNGE, LLC,<br>818 10TH LLC, and 818 INVESTOR<br>GROUP LLC,<br><br>                        Defendants. | 21 Civ. 2719 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      After issuing the Order withdrawing this case from mediation (Dkt. #41), it was brought to the Court's attention that Mr. Paroly tragically passed away earlier this week. The Court extends its deepest condolences to Mr. Paroly's family and colleagues during this difficult time. Defendants' deadline to answer or otherwise respond to the Complaint is hereby STAYED, and the Court instead invites the parties to submit a letter on or before May 11, 2022, advising the Court how they intend to proceed.

      SO ORDERED.

Dated:  April 27, 2022
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge